FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★ APR 27 2007 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
RICHARD ALFARO,

                              Plaintiff,

    -against-

BARBARA LABADOR, individually, BETH WICKEY,
Individually, ANN NOWAK, individually, HUBERT
PHILLIPS, individually, KEITH TUTHILL, individually,
PAUL HOULIHAN, individually, WILLIAM MEES,
individually, STEVEN FRANO, individually JONATHAN
IRWIN, individually, "JOHN DOE" and "JANE DOE",
#1-5, 6-10, and 11-15 individually and personally
representing the fictitious or partially fictitious names
of individuals, whose full names are unknown to Plaintiff,
were at all relevant times herein, employees of the TOWN
OF SOUTHAMPTON BOARD MEMBERS comprising
THE SOUTHAMPTON ZONING BOARD OF APPEALS,
THE TOWN OF SOUTHAMPTON DEPARTMENT OF
LAND MANAGEMENT AND ZONING DIVISION,
and the TOWN OF SOUTHAMPTON,

                              Defendants.
----------------------------------------------------------------x

**NOTICE OF APPEAL**

CV 06 1470

Seybert, J.

      Notice is hereby given that defendants BARBARA LABADOR, BETH WICKEY, ANN NOWAK, HERBERT PHILLIPS and KEITH TUTHILL, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Second Circuit from an order by Joanna Seybert, United States District Court Judge of the Eastern District of New York, denying qualified immunity, entered in this action on the 28th day of March, 2007.

Dated: Smithtown, New York
       April 24, 2007

Yours, etc.,

DEVITT SPELLMAN BARRETT, LLP
Attorneys for Defendants-Appellants, LABADOR,
WICKEY, NOWAK, PHILLIPS and TUTHILL
50 Route 111
Smithtown, New York 11787
(631) 724-8833

_____
JELTJE DEJONG (JD 4452)

TO: PERRY & CAMPANELLI, LLP
Attorneys for Plaintiff
129 Front Street
Mineola, New York 11501
(516) 746-1600

GEOFFREY F. PFORR, Esq.
Attorney for Defendant, William Mees
Kral Clerkin Redmond Ryan Perry & Girvan, LLP
496 Smithtown Bypass
Smithtown, New York 11787

A082 SWEDA
(Rev. 3/02)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**EASTERN DISTRICT OF NEW YORK**
at _____CENTRAL ISLIP_____

**022800**

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | 000333P |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | |
| 322340 | Sale of Publications | 000334P |
| 322350 | Copy Fees | |
| 322360 | Miscellaneous Fees | 000114P |
| 143500 | Interest | |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | |
| 129900 | Gifts | |
| 504100 | Crime Victims Fund | |
| 613300 | Unclaimed Monies | |
| 510000 | Civil Filing Fee (½) | |
| 510100 | Registry Fee | |

```
                22800*#
         NOTICE OF APPEL
         086900        5.00
         DOCK FEE ON APP
         086900      250.00
         APPEAL FEE
         086400      200.00
                    ##
         TOTAL     455.00
         CHECK     455.00
             6374*#
         CHANGE      0.00
              3 ITM-CT
         184116A001 12:07
```

04/27/07  REG#01

**CASE REFERENCE:** 06CV1470

**RECEIVED FROM** Devitt, Spellman
Barrett

**DEPUTY CLERK** _____

Checks and drafts are accepted subject to collection and full
credit will only be given when the check or draft has been
accepted by the financial institution on which it was drawn.

GPO  U.S. GPO: 2006-510-661