DATE: 5/ 6/2011          AT: 9:45

BEFORE JUDGE JOANNA SEYBERT:

CIVIL CAUSE FOR TELEPHONE CONFERENCE

DOCKET NUMBER: 06-1470

TITLE: ALFARO -V- LABADOR

APPEARANCES:

FOR PLAINTIFF(S): CHARLES MARTIN

FOR DEFENDANT(S): JELTJE deJONG; DAVID ARNTSEN

REPORTER: NONE

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
| | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
| | DISCOVERY TO BE COMPLETED BY_____ |
| | PARTIES TO COMPLETE_____ BY THE NEXT CONFERENCE OR BY_____ |
| | NEXT CONFERENCE SET FOR __/__/2011 AT __:__ M (PHONE) |
| | CASE TO BE REFERRED/ASSIGNED TO MAGISTRATE JUDGE_____ FOR_____ |
| | MOTION TO BE FILED BY __/__/2011; RESPONSE BY __/__/2011; REPLY BY __/__/2011. |
| X | JURY SELECTION SET FOR 7/25/2011 AT 9:30AM BY LAW CLERK |
| X | TRIAL SET FOR 8/1/2011 AT 9:30AM |
| X | OTHER MOTIONS IN LIMINE DUE 7/18/2011. PROPOSED VOIR DIRE QUESTIONS DUE 7/18/2011. APPLICATION TO AMEND JPTO TO REMOVE A STIPULATED FACT IS GRANTED. |