```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------X
RICHARD ALFARO

        -V-                              ORDER OF SUSTENANCE,
                                       LODGING, OR TRANSPORTATION
                                              CV 06-1740 (JS)
TOWN OF SOUTHAMPTON
-----------------------------X

SEYBERT, DISTRICT JUDGE:

      It is hereby ORDERED that the Clerk of the Court supply
proper:

( X )  SUSTENANCE

(   )  LODGING

(   )  TRANSPORTATION

       to the ( 8 ) jurors empanelled in the above entitled case

(   )  DURING TRIAL

( X )  DELIBERATING

(   )  SEQUESTERED

(   )  BREAKFAST

( X )  LUNCH

(   )  DINNER

(   )  OTHER _____


                                              /S/
DATED: CENTRAL ISLIP, NY                JOANNA SEYBERT, U.S.D.J.
       AUG. 1, 2011




                                    A TRUE COPY ATTEST
                                    Date:_____
                                      ROBERT C. HEINEMANN, CLERK
                                    By:
```