UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Richard Alfaro

    -V-

Barbara Labador, et al.
------------------------------------------------------------X

ORDER OF DISCONTINUANCE
CV 06-1470 (JS)(WDW)

Appearances:

For the Plaintiff(s):
Andrew Campanelli, Esq.
623 Stewart Av.   #203
Garden City  NY 11530

For the Defendant(s):
Jeltje deJong, Esq.
Devitt Spellman Barrett
50 NY Route 111
Smithtown NY 11787


SEYBERT, District Judge:

    The above-captioned case was filed on Mar. 30, 2006.

    As reported by Ms. deJong in her letter to the Court dated Aug. 27, 2011 (docket entry [86]), the parties settled the case. No stipulation of discontinuance has been filed since that time.

    IT IS HEREBY ORDERED that this action is discontinued without prejudice to reinstatement if the settlement is not consummated. The Clerk of Court is directed to mark the case closed.


SO ORDERED.

Dated: Sep. 22, 2011
       Central Islip NY

/s/ JOANNA SEYBERT
_____
JOANNA SEYBERT, U.S.D.J.